IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID JUNIA MCDONALD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-074-SLR |
| | ) |
| FIRST CORRECTIONAL MEDICAL, | ) |
| DR. ALI, and GINA KATSAS, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, the plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on February 28, 2005, this Court entered an order requiring plaintiff to file within thirty (30) days from the date the order was sent, a request to proceed <u>in forma pauperis</u> and a certified copy of his trust account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint, or the case would be dismissed (D.I. 3);

WHEREAS, to date, the required document(s) have not been received from the plaintiff;

THEREFORE, at Wilmington this 18th day of April, 2005, IT IS HEREBY ORDERED that the plaintiff's complaint is DISMISSED WITHOUT PREJUDICE. Plaintiff is not required to pay the $250.00 filing fee.

_____
United States District Judge